UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANJAY BHATT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-0198-B |
| | § | |
| TPUSA-FHCS INC., d/b/a | § | |
| TELEPERFORMANCE USA, and | § | |
| ALEXANDER URMERSBACH, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 25). The parties "stipulate to the dismissal of this action with prejudice as to all claims against all Defendants, with each party to bear its own costs and attorneys' fees as they have been paid." Doc. 25, Joint Stipulation, 1. Accordingly, this case is **DISMISSED WITH PREJUDICE**, in its entirety, each party to bear its own expenses and fees.

SO ORDERED.

SIGNED: July 15, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE